**No. 40103.**—Petitions 5557-R, etc., of McCabe Brothers Co., by W. F. Mackay (Pembina).

Opinion by Keefe, J.   The petitions were dismissed as the court rules provide that petitions must be signed by the petitioner.

BEFORE THE SECOND DIVISION, DECEMBER 15, 1938

**No. 40104.**—Protest 807870-G of E. & G. Hindle, Ltd., Inc. (New York).

Opinion by Kincheloe, J.   On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.

**No. 40105.**—Protests 765502-G, etc., of Wright & Graham Co. (New York).

Opinion by Kincheloe, J.   On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

BEFORE THE THIRD DIVISION, DECEMBER 15, 1938

**No. 40106.**—Protest 957023-G of Hudson Forwarding & Shipping Co. (New York).

Opinion by Cline, J.   The record contains an affidavit of the importer which was held not to be admissible in evidence for the purpose of proving the facts in the case.   On the record presented the protest was overruled.

**No. 40107.**—Protest 909146-G of Joseph Horne Co. (Pittsburgh).

Opinion by Cline, J.   Rugs imported from China had a paper-covered fabric label sewed to the corner containing the words "Made in Tientsin, China." Each rug was wrapped in oil paper and covered with burlap, the burlap covering being legally marked.   On the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) and *Givaudan* v. *United States* (id. 115, T. D. 47104) the protest was sustained.